**Order entered October 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01049-CR

### KEITH ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F12-70541-I

## ORDER

The Court **GRANTS** Melissa Maxwell's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Maxwell to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
JUSTICE